UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED SMOKE SHOP LLC,

    Plaintiff,

v.

    Case No. 20-cv-10933
    Hon. Matthew F. Leitman

STATE FARM FIRE & CASUALTY COMPANY,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* REGARDING NON-PROSECUTION FOR ARSON (ECF No. 25)**

On April 27, 2023, the Court heard argument on Defendant State Farm Fire & Casualty Company's Motion *In Limine* Regarding Non-Prosecution for Arson (ECF No. 25) during a Final Pretrial Conference. For the reasons explained on the record during that conference, the motion is **GRANTED**. Plaintiff, Plaintiff's counsel, and Plaintiff's witnesses shall not mention that Kamal Hugran and Fattah Hugran have not been charged with or convicted of arson, unless and until Plaintiff seeks and receives permission from the Court to do so.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: May 3, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2023, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126