UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED SMOKE SHOP LLC,

    Plaintiff,

v.

STATE FARM FIRE &
CASUALTY COMPANY,

    Defendant.

_____/

Case No. 20-cv-10933
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the jury verdict rendered on May 15, 2023, judgment is entered in favor of Defendant, State Farm Fire & Casualty Company, and against Plaintiff, United Smoke Shop LLC.  This resolves the last pending claim and closes the case.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                              By:   s/Holly A. Ryan
                                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 15, 2023
Detroit, Michigan